

X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  ADDISON OWEN
   Arizona State Bar No. 031263
4  TRAVIS L. WHEELER
   Arizona State Bar. No. 036083
5  Assistant U.S. Attorneys
   Two Renaissance Square
6  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
7  Telephone: 602-514-7500
   Email: addison.owen@usdoj.gov
8  Email: travis.wheeler@usdoj.gov
   Attorneys for Plaintiff
9
                    IN THE UNITED STATES DISTRICT COURT
10
                        FOR THE DISTRICT OF ARIZONA
11

12   United States of America,                No.    CR-24-8090-PCT-DJH (ASB)

13
              Plaintiff,                       **NOTICE OF RELATED CASES**
14

15        vs.

16   Felipe Arturo Avalos-Mejia,
     a.k.a. Raul Soto Meija,
17   a.k.a. Pollo,
     a.k.a. Felipe Arturo Avalos-Mexia,
18   a.k.a. Manuel Zamorano-Rameriz and,
     a.k.a. Manuel Martinez,
19
20
              Defendant.
21

22        Pursuant to Local Rule 5.1, the United States of America, by and through its

23   attorneys undersigned, hereby gives notice to the court that this case is directly related to

24   other pending criminal cases in the District of Arizona:

25        - *United States v. Francisco Javier Arana Nieblas*, CR-24-08040-PCT-JJT

26        - *United States v. Miguel Ramon Aragon-Roman*, CR-24-08076-PCT-JJT

27        - *United States v. Deny Misraim Baez Trejo, et. al*, CR-24-08030-PCT-DLR

28   ///

1     Respectfully submitted this 20th day of August, 2024.

2

3                                                  GARY M. RESTAINO
                                                   United States Attorney
4                                                  District of Arizona

5                                                  *S/ Addison Owen*

6                                                  _____
                                                   ADDISON OWEN
7                                                  TRAVIS L. WHEELER
                                                   Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28